HMK/jb GA 7943

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, SEABOARD PROPERTIES, INC.,
STAMFORD LANDING COMMERCIAL MARINA
DOCKOMINIUM, INC.,

        Plaintiffs                          07 CIV 8811 (GEL)(FM)
                                                    ECF CASE

      -against-

FRANCIS E ROEHRIG, her engines, tackle,        **RULE 7.1 STATEMENT**
boilers, etc., ROEHRIG MARITIME LLC, TUG
FRANCIS E ROEHRIG LLC, CR HARBOUR
TOWING & TRANSPORTATION LLC,

        Defendants
-----------------------------------------------------------------X

       PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION: AMERICAN FINANCIAL GROUP INC.

Dated:   October 11, 2007

                                           KINGSLEY, KINGSLEY & CALKINS
                                           Attorneys for Plaintiffs

                                           BY:___/S/_____
                                               HAROLD M. KINGSLEY
                                               91 W. Cherry Street
                                               Hicksville, New York 11801
                                               (516) 931-0064