HMK/jb GA 7943

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, SEABOARD PROPERTIES, INC.,
STAMFORD LANDING COMMERCIAL MARINA
DOCKOMINIUM, INC.,

        Plaintiffs        07 CIV 8811 (GEL)(FM)
                                   ECF CASE

   -against-

FRANCIS E ROEHRIG, her engines, tackle,       **RULE 7.1 STATEMENT**
boilers, etc., ROEHRIG MARITIME LLC, TUG
FRANCIS E ROEHRIG LLC, CR HARBOUR
TOWING & TRANSPORTATION LLC,

        Defendants
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF SEABOARD PROPERTIES , INC.'S PARENT CORPORATION: STAMFORD LANDING COMMERCIAL MARINA DOCKOMINIUM, INC..

Dated:   October 11, 2007

                                                            KINGSLEY, KINGSLEY & CALKINS
                                                            Attorneys for Plaintiffs


                                                            BY:__/S/_____
                                                                 HAROLD M. KINGSLEY
                                                                 91 W. Cherry Street
                                                                Hicksville, New York 11801
                                                                (516) 931-0064