HMK/jb GA 7943

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, SEABOARD PROPERTIES, INC.,
STAMFORD LANDING COMMERCIAL MARINA
DOCKOMINIUM, INC.,

                Plaintiffs                       07 CIV 8811 (GEL)(FM)
                                                                      ECF CASE

      -against-

FRANCIS E ROEHRIG, her engines, tackle,         **RULE 7.1 STATEMENT**
boilers, etc., ROEHRIG MARITIME LLC, TUG
FRANCIS E ROEHRIG LLC, CR HARBOUR
TOWING & TRANSPORTATION LLC,

                Defendants
-------------------------------------------------------------X

      PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH ARE PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF

STAMFORD LANDING COMMERCIAL MARINA DOCKOMINIUM, INC.'S

PARENT CORPORATION:   SEABOARD PROPERTIES, INC.

Dated:   October 11, 2007

                                                        KINGSLEY, KINGSLEY & CALKINS
                                                        Attorneys for Plaintiffs


                                                        BY:____/S/_____
                                                           HAROLD M. KINGSLEY
                                                           91 W. Cherry Street
                                                           Hicksville, New York 11801
                                                           (516) 931-0064