## Kingsley, Kingsley & Calkins

ATTORNEYS AT LAW

Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH



MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/08

February 11, 2008

Hon. Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, RM 910
New York, NY 10007

**By Fax: (212) 805-0436**

RE:   Great American Ins. Co. of New York, et al. v.
      FRANCIS E ROEHRIG, et al.
      07 CIV. 8811 (GEL)(FM)
      Our Ref: GA 7943

Hon. Sir:

We represent the plaintiff herein. This action involves damage to a pier in located in Stamford, Connecticut, where defendant tugboat negligently broke and dislodged ice formations. Said ice then crashed into the pier causing damages of $60,330.00.

A summons and complaint in admiralty was filed with the Clerk of the Court on October 12, 2007, and an amended complaint was filed on October 15, 2007. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, we have 120 days to serve the defendants. The 120 day period expires on today's date, February 11, 2008.

Immediately after filing suit, our client began negotiating directly with the defendant tug owner and manager. Our client felt by not serving the lawsuit on the defendants it would encourage settlement negotiations. Plaintiff insurance company and defendants have agreed to settle the case for a sum certain, however, the settlement has not yet been consummated because of complex insuring conditions involving several insurers.

We feel having more time to serve defendants will help consummate the settlement faster. Thus, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, we respectfully request an Order granting the plaintiff an additional 60 days to serve defendants Roehirg Maritime LLC, TUG Francis E Roehrig LLC and CR Harbour Towing & Transportation LLC. To expire on April 11, 2008.

Thank you.

Respectfully,

*[signature]*

KTM/

SO ORDERED,

*[signature]*
Gerald E. Lynch, U.S.D.J.
2/11/08