HMK/jb GA 7943



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY OF
NEW YORK, SEABOARD PROPERTIES, INC.,
STAMFORD LANDING COMMERCIAL MARINA
DOCKOMINIUM, INC.,

              Plaintiffs                     07 CIV 8811 (GEL)(FM)
                                                                  ECF CASE

      -against-

FRANCIS E ROEHRIG, her engines, tackle,        **VOLUNTARY**
boilers, etc., ROEHRIG MARITIME LLC, TUG       **DISMISSAL**
FRANCIS E ROEHRIG LLC, CR HARBOUR
TOWING & TRANSPORTATION LLC,

              Defendants
-------------------------------------------------------------X

      No answer having been filed in this action, it is hereby dismissed

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   March 25, 2008

                                            KINGSLEY, KINGSLEY & CALKINS
                                            Attorneys for Plaintiff

                                            BY: _____
                                            HAROLD M. KINGSLEY
                                            91 W. Cherry Street
                                            Hicksville, New York 11801
                                            (516) 931-0064

                                            SO ORDERED

                                            _____
                                            GERARD E. LYNCH, U.S.D.J.

                                            3/27/08